ACCEPTED
15-26-00001-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 2:59 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 2:59:37 AM
CHRISTOPHER A. PRINE
Clerk



**In The**

# Fifteenth Court of Appeals

_____

## NO. 15-26-00001-CV

_____

### JENNIFER FERRELL BRANTLEY, Appellant

### V.

### THE UNIVERSITY OF TEXAS AT AUSTIN, MELISSA JONES-WOMMACK, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF STUDENT CONDUCT AND ACADEMIC INTEGRITY, AND DR. MICHAEL SCOTT WOLFORD, IN HIS OFFICIAL CAPACITY AS PROFESSOR OF GOVERNMENT, Appellees

---

### On Appeal from the 201st Judicial District Court
### Travis County, Texas
### Trial Court Cause No. D-1-GN-25-006792

---

### APPELLANT'S NOTICE OF PRESUMED INDIGENCE

Appellant, Jennifer Ferrell Brantley, files this notice to recognize and invoke presumed indigence for purposes of appellate filing fees and to request that she be permitted to proceed without payment under Tex. R. App. P. 20.1(b)(2).

Appellant previously filed a Statement of Inability to Afford Payment of Court Costs in the trial court in Cause No. D-1-GN-25-006792 on August 22, 2025, under Tex. R. Civ. P. 145. The trial court has not signed an order overruling Appellant's Statement in compliance with Rule 145. Accordingly, Appellant provides prompt notice that she is excused from paying costs under the rules and requests to proceed without payment since this information was not included in the Notice of Appeal dated December 18, 2025.

Dated: January 7, 2026.

Respectfully submitted,

Jennifer Ferrell Brantley
Appellant, Pro Se
7117 Wood Hollow Dr. Apt. 1126
Austin, Texas 78731
brantley.jennifer@gmail.com
945-544-7519

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a true and correct copy of the foregoing instrument has been served on counsel for Appellees via email to:

Mr. Stephen D. Devinney

Assistant Attorney General

Office of the Texas Attorney General

General Litigation Division

300 W. 15th St.

Austin, Texas 78701

Stephen.Devinney@oag.texas.gov

(737) 224-2365

Ms. Melissa Jones-Wommack

Executive Director of Student Conduct and Academic Integrity

The University of Texas at Austin

Office of the Dean of Students

Student Services Building

1 University Station A5800

Austin, Texas 78712

Stephen.Devinney@oag.texas.gov

(737) 224-2365

Dr. Michael Scott Wolford

Professor of Government

The University of Texas at Austin

Department of Government

Batts Hall

158 W. 21st St. A1800

Austin, Texas 78712

Stephen.Devinney@oag.texas.gov

(737) 224-2365

Jennifer Ferrell Brantley

Appellant, Pro Se

7117 Wood Hollow Dr. Apt. 1126

Austin, Texas 78731

brantley.jennifer@gmail.com

945-544-7519

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109737275
Filing Code Description: Letter
Filing Description: Appellant's Notice of Presumed Indigence
Status as of 1/7/2026 7:13 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael ScottWolford | | stephen.devinney@oag.texas.gov | 1/7/2026 2:59:37 AM | NOT SENT |
| Melissa Jones-Wommack | | stephen.devinney@oag.texas.gov | 1/7/2026 2:59:37 AM | NOT SENT |
| Stephen DaneDeVinney | | stephen.devinney@oag.texas.gov | 1/7/2026 2:59:37 AM | NOT SENT |
| Jennifer Brantley | | brantley.jennifer@gmail.com | 1/7/2026 2:59:37 AM | NOT SENT |